**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas G. Boyle, Sr. and Georgia M. Boyle,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-25-00590-TUC-EJM<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion for Leave to File First Amended Complaint. (Doc. 26.) On September 29, 2026, following consideration of Plaintiffs' objections, this Court adopted the Magistrate Judge's Report and Recommendation and dismissed Plaintiffs' Complaint (Doc. 1) for a lack of subject matter jurisdiction. (Doc. 25.) This case is now closed. The Court will consider Plaintiffs' current motion as one for reconsideration.

"The Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." LRCiv 7.2(g). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (citations omitted); *see also Bahrs v. Hughes Aricraft Co.*, 795 F.Supp. 965, 967 (D. Ariz. 1992). Furthermore, "[a] motion for

reconsideration should not be used to ask a court 'to rethink what the court had already thought through—rightly or wrongly[.]'" *Defenders of Wildlife v. Browner*, 909 F.Supp. 1342, 1351 (D. Ariz. 1995). Nor should it "be granted, absent highly unusual circumstances[.]" *Carroll v. Nakatani*, 342 F.3d 934, 645 (citations omitted).

Plaintiffs have failed to attach a copy of the proposed amended complaint as required by the Court's rules. *See* LRCiv 15.1(a). Moreover, nothing in their motion suggests any basis for the Court to depart from its original decision.

Accordingly, **IT IS ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. 26) is **DENIED**.

**IT IS FURTHER ORDERED** that this case shall remain closed.

Dated this 5th day of October, 2026.



Honorable Raner C. Collins
Senior United States District Judge